UNITES STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATE OF AMERICA,                    )
                                            )
        V.                                  )        Crim. No.: 16CR30033- TSH
                                            )
GIOVANNI CALABRESE                          )
        a/k/a "Johnny Cal," "John Calabrese,"  )
                                            )

## DEFENDANT, GIOVANNI CALABRESE'S MOTION FOR RECONSIDERATION FOR RELEASE OF THE DEFENDANT

NOW COMES the defendant, Giovanni Calabrese, by and through his attorney in the above-captioned matter and respectfully moves that this Honorable Court reconsider the order entered by Judge Hillman on April 30, 2020, denying the defendant's motion for release.

On or about April 16, 2020, the defendant filed an emergency motion for release. After hearing on April 28, 2020, Honorable Judge Hillman issued an order on April 30, 2020, denying this motion without prejudice to the filing of a further motion should there be a change in circumstances.

There has been a change in circumstance. At the time of hearing, on April 28, 2020, there had been less than ten (10) positive cases of COVID-19 at the facility in which the defendant is currently held, FMC Lexington. As of May 22, 2020, FMC Lexington has the third highest number of positive COVID-19 cases at one institution within the United States Federal Bureau of Prisons. The number of positive tests is two hundred twelve (212) inmates and four (4) staff members. Currently four (4) inmates have died of COVID-19 at the institution. www.bop.gov/coronavirus. Due to the defendant's age and rapid increase of positive tests at the institution he is held, he does present at a higher risk to contact COVID-19.

Therefore, the defendant prays this Honorable Court issue an order for his immediate release to home confinement. Again, Mr. Calabrese presents with no other criminal convictions and has employment available to him upon his release.

Respectfully Submitted,
GIOVANNI CALABRESE,
By His Attorney,

/s/ Jeremy B. Powers

Jeremy B. Powers, Esq.
33 Mulberry Street
Springfield, MA 01105
413-306-6107 phone
413-733-1245 fax
BBO#: 655252

## CERTIFICATE OF SERVICE

I, Jeremy B. Powers, Esq., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 22, 2020.

/s/ Jeremy B. Powers

Jeremy B. Powers, Esq.
33 Mulberry Street
Springfield, MA 01105
413-306-6107 phone
413-733-1245 fax
BBO#: 655252